George Haines, Esq.      E-FILED: September 19, 2021
Nevada Bar NO. 13411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
Attorney for Cynthia L. Garcia

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | ) **Case No. BKS-21-13343-NMC** |
| | ) **Chapter 13** |
| | ) |
| | ) **Hearing Date:  October 28, 2021** |
| **Cynthia L. Garcia,** | ) **Hearing Time:  2:30PM** |
| | ) |
| | ) |
| **Chapter(s).** | ) |
| | ) |
| | ) |

### OBJECTION TO BRIDGECREST CREDIT COMPANY, LLC.'S PROOF OF CLAIM NO. 13

TO CREDITOR:  BRIDGECREST CREDIT COMPANY, LLC
       ATTN: OFFICER
       PO BOX 29018
       PHOENIX, AZ 85038

    Regarding Claim NO. 13, Filed September 01, 2021
    Claim Amount: $12,220.82
    Filed Under Michael Joseph Gelato
    Case No.:19-15562
    Re: 2015 Nissan Altima

    The above-named Chapter, by and through attorney George Haines, Esq., of

FREEDOM LAW FIRM, LLC, hereby objects to the claim filed by Creditor,

BRIDGECREST CREDIT COMPANY, LLC., hereinabove identified on the grounds

indicated as follows:

The above claim is disputed by the Debtor and should not be paid pro-rata with other General Unsecured Claims. The above claim states the Debtor as Michael Joseph Gelato under the case number 19-15562. Thus, it appears the above claim was filed in the incorrect case. Therefore, the claim filed by Bridgecrest Credit Company, LLC should be stricken from Debtor's case and should not be paid by the Debtor's Chapter 13 bankruptcy.

WHEREFORE, the Debtor objects to Claim NO. 13, filed by BRIDGECREST CREDIT COMPANY, LLC. and requests that Your Honor:

1.  Strike BRIDGECREST CREDIT COMPANY, LLC.'s Claim NO. 13, bar this claim from being asserted against the Chapter, and direct the Chapter 13 Trustee not to disburse any funds to this claim through the Chapter's Chapter 13.
2.  Grant such other and further relief as Your Honor deems necessary.

Dated: September 19, 2021

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Chapter(s)