NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                              BK–21–13343–nmc
                                                    CHAPTER 13
CYNTHIA L. GARCIA

              Debtor(s)                             NOTICE OF DOCKETING
                                                    ERROR

---

**NOTICE IS ORDERED** that the following docket entry requires correction:

|  |  |
|---|---|
| Docket Number/Entry: | ***71*** – Notice of Hearing on Motion for Relief from Stay Hearing Date: 12/29/2021 Hearing Time: 1:30 PM with Certificate of Service Filed by REGINA A. HABERMAS on behalf of CARVANA, LLC (Related document(s)70 Motion for Relief from Stay filed by Creditor CARVANA, LLC) (HABERMAS, REGINA) |
| Filed On: | 11/23/21 |
| With A Hearing Date Of: | 12/29/21 |
| And A Hearing Time Of: | 1:30 PM |

The reason(s) for the required correction(s) is as follows:

\*   Hearing date and time in caption does not match the body of the pleading. Hearing will be set according to the caption on the Notice. Please file an amended Notice of Hearing immediately.

Dated: 11/24/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**