George Haines, Esq.                          E-FILED: November 30, 2021
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave.
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
Attorney for Cynthia L. Garcia

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re:** | **)** **Case No. BKS-21-13343-nmc** |
| | **)** **Chapter 13** |
| | **)** |
| | **)** **Hearing Date:  December 29, 2021** |
| **Cynthia L. Garcia,** | **)** **Hearing Time:  1:30 PM** |
| | **)** |
| | **)** |
| **Debtor(s).** | **)** |
| | **)** |
| | **)** |

## DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Cynthia L. Garcia, by and through attorney, George Haines, Esq., FREEDOM LAW FIRM, LLC, and in response to **Carvana (creditor),** Motion for Relief from Automatic Stay states as follows:

1.      On June 30, 2021, Debtor filed the current Chapter 13 Petition in Bankruptcy with the Court.

2.      On or about November 23, 2021, Creditor filed a Motion for Relief from the Automatic Stay with respect to property: 2017 Ford Focus, stating the client is $862.00 in arrears.

- 1 -

WHEREFORE, debtor requests:

**Carvana's** Motion be continued for a sufficient amount of time to permit debtor to have a plan filed to resolve the matters stated above.

1. Such other relief as the Court finds appropriate.


Dated: November 30, 2021

/s/George Haines, Esq.
George Haines, Esq.
**Attorney for Debtor(s)**