Case 21-13343-nmc    Doc 78    Entered 12/15/21 08:37:05    Page 1 of 3



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 15, 2021

_____

George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. #350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
Attorney for Cynthia L. Garcia

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-21-13343-NMC |
|---|---|
| | ) Chapter 13 |
| | ) |
| | ) Hearing Date: December 09, 2021 |
| **Cynthia L. Garcia,** | ) Hearing Time: 2:30 p.m. |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

### ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES NO. 1

**THE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES** filed by the above-named Debtor's attorney, having come on for hearing on the date and time referenced above, the Court having considered any objections filed or raised at the hearing, it is hereby:

**ORDERED** that additional compensation and expenses in the amount of $6,492.10 is hereby approved for distribution to the attorney for the Debtor(s) through the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that Debtor's counsel may retain fees in the amount of $499.00, which were paid directly by Debtor(s) to Counsel.

**IT IS FURTHER** that fees awarded through this application shall be paid as an administrative priority claim.

Dated: December 10, 2021

/s/George Haines, Esq.
George Haines, Esq.
Attorney for Debtor(s)

/././

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

*/s/ Dal K.*

Chapter 13 Trustee

DISAPPROVED:

FAILED TO RESPOND:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###